UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent-Plaintiff,<br><br>v.<br><br>JOSE JUAN PUGA,<br><br>    Petitioner-Defendant. | Case Nos. 12-CR-00387-LHK-1<br>15-CV-01131-LHK<br><br>**ORDER DIRECTING RESPONDENT TO ANSWER** |

On September 11, 2013, petitioner Jose Juan Puga ("Petitioner") pleaded guilty to possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii). ECF No. 28.[1] Pursuant to 21 U.S.C. § 851, Petitioner's prior felony drug conviction meant that his guilty plea carried a mandatory minimum prison sentence of twenty years. *Id.* at 2.

On February 26, 2014, Petitioner was sentenced to twenty years' imprisonment, ten years of supervised release, and a special assessment of $100.00. ECF No. 39. Judgment was entered on February 28, 2014. ECF No. 41. Petitioner did not appeal.

---

[1] All ECF references are from the docket of No. 12-CR-00387.

1
Case Nos. 12-CR-00387-LHK-1; 15-CV-01131-LHK
ORDER DIRECTING RESPONDENT TO ANSWER

On March 11, 2015, Petitioner filed a motion to vacate his conviction and sentence pursuant to 28 U.S.C. § 2255. ECF No. 47. In his motion, Petitioner argues that his counsel's ineffective assistance rendered Petitioner's guilty plea involuntary. ECF No. 48 at 4-6. Specifically, Petitioner says he "was not adequately advised of the consequences of the plea because he labored under a material misapprehension of the manner in which the Section 851 enhancement is administered." *Id.* at 5. Petitioner submitted an affidavit in support of his § 2255 motion. ECF No. 50-1.

The Court hereby ORDERS Respondent to file an answer to Petitioner's § 2255 motion not exceeding ten (10) pages in length by July 24, 2015. Petitioner may file a reply not exceeding ten (10) pages in length by August 21, 2015.

**IT IS SO ORDERED.**

Dated: May 26, 2015

_____
LUCY H. KOH
United States District Judge